**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JUAN M. CASTILLO, | No. 13-72199 |
| Petitioner, | |
| v. | ORDER* |
| ROBERT LEGRAND, Warden, | |
| Respondent. | |

Application to File Second or Successive
Petition Under 28 U.S.C. §2254

Argued May 14, 2014
Submitted February 18, 2015
San Francisco California

Before: SILVERMAN and GOULD, Circuit Judges and LEMELLE,** District
Judge.

Submission of this case was previously withdrawn.  It is now RE-

SUBMITTED FOR DECISION as of February 18, 2015.

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*      The Honorable Ivan L.R. Lemelle, District Judge for the U.S. District
Court for the Eastern District of Louisiana, sitting by designation.

Petitioner Castillo's application for leave to file a second or successive 28 U.S.C. § 2254 habeas petition in district court to allege that *Miller v. Alabama*, 132 S. Ct. 2455 (2012), is retroactive and applies to his sentence is GRANTED.